JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY M. WATSON, | Case No. CV 19-6737-AB (KK) |
| Plaintiff, | |
| v. | JUDGMENT |
| DR. LAURA SPRAGUE, ET AL., | |
| Defendant(s). | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

Dated: October 15, 2020October 15, 2020

HONORABLE ANDRÉ BIROTTE, JR.
United States District Judge